US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR 3 1 2016
DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:16CR40008-001 |
| | ) | |
| v. | ) | 18 U.S.C. § 2252(a)(2) and (b)(1) |
| | ) | 18 U.S.C. § 2253 |
| | ) | |
| | ) | |
| NATHAN KARL THOMAS | ) | |
| | ) | |

## INFORMATION

The United States Attorney Charges:

### COUNT ONE

On or about October 30, 2014, in the Western District of Arkansas, Texarkana Division, the Defendant, **NATHAN KARL THOMAS**, knowingly received a visual depiction namely "bc126b4c-bc72-4c46-aff7-b21cde11317f.jpg" that had been mailed, shipped and transported in interstate and foreign commerce and which contained materials that had been mailed, shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

### COUNT TWO

On or about December 3, 2014, in the Western District of Arkansas, Texarkana Division, the Defendant, **NATHAN KARL THOMAS**, knowingly received a visual depiction namely

1

"prod-kik@anyvideo.co+8290e4e8-ff64-4e24-948a-fa222dd6b06e.mp4" that had been mailed, shipped and transported in interstate and foreign commerce and which contained materials that had been mailed, shipped and transported by any means, including by computer, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct as that term is defined in Title 18, United States Code, Section 2256, and the visual depiction was of such conduct, and attempted to do so; all in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts One through Nine of this Superseding Indictment. Upon conviction of any Count of this Superseding Indictment, the Defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253 the Defendant's interest in:

1) LGE LGL39C cellular phone;

2) Samsung SCH-S720C Galaxy Proclaim cellular phone;

3) Toshiba 500 gigabyte hard drive, serial #XOI9S3P2S

4) any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter, which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of the offenses in the Superseding Indictment;

5) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses in the Superseding Indictment; and

6) any property, real or personal, **including any and all computer equipment OR cellular device,** used or intended to be used to commit or to promote the commission of the

offenses in the Superseding Indictment, or any property traceable to such property, including, but not limited to computer equipment used in the commission of the offenses in the Superseding Indictment.

If any of the property subject to forfeiture, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to Title 18 U.S.C. § 2253(b), incorporating by reference Title 21 U.S.C. § 853 to seek forfeiture of any other property of said Defendant up to the value of the above forfeitable property.

KENNETH ELSER
UNITED STATES ATTORNEY

By: _____
Jonathan D. Ross
Assistant U.S. Attorney
Arkansas Bar No. 2002158
500 N. Stateline Ave, Suite 402
Texarkana, AR 71854
(903) 792-8453
Jonathan.D.Ross@usdoj.gov