IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                             Case No. 4:16-cr-40008

NATHAN KARL THOMAS                                                          DEFENDANT

## ORDER

Before the Court is the Government's Motion to File Objection to the Final Presentence Investigation Report. (ECF No. 22). Defendant filed a response. (ECF No. 24). The Court finds the matter ripe for consideration.

In the instant motion, the Government states that while preparing for filing its Sentencing Memorandum[1] and conducting legal research responsive to Defendant's objection, the Government found Eighth Circuit authority supporting a five-level enhancement for distribution to a minor of material containing sexually explicit images of a minor. The Government asks the Court for leave to submit an untimely objection to paragraph 86 of the final Presentence Investigative Report ("PSR"). Defendant opposes the request, arguing that good cause has not been shown to allow the Government's untimely objection, and that the Government waived its opportunity to make such an objection.

Federal Rule of Criminal Procedure 32(f) states that "[w]ithin 14 days after receiving the presentence report, the parties must state in writing any objections . . . contained in or omitted from the report." However, courts may, for good cause, change this time limit. Fed. R. Crim. P. 32(b)(2).

---

[1] The Court directed the parties to file their Sentencing Memoranda no later than April 3, 2017.

Upon consideration, the Court is satisfied that good cause exists for the motion. Accordingly, the Government's motion (ECF No. 22) is hereby **GRANTED**. The Government must file its objection to paragraph 86 of the final PSR **on or before April 10, 2017**.

**IT IS SO ORDERED**, this 4th day of April, 2017.

                                                  /s/ Susan O. Hickey
                                                  Susan O. Hickey
                                                  United States District Judge