IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**UNITED STATES OF AMERICA**

v.  Criminal No. 4:16CR40008-001

**NATHAN KARL THOMAS**

## FINAL ORDER OF FORFEITURE

On March 31, 2016, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed. R. Crim. P. 32.2(b) (Doc. 6). In the Preliminary Order of Forfeiture,

1. LGE LGL39C cellular phone
2. Samsung SCH-S720C Galaxy Proclaim cellular phone
3. Toshiba 500 gigabyte hard drive, serial # XO19S3P2S

were forfeited to the United States pursuant to 18 U.S.C. § 2253.

The United States was required to publish notice of this Order pursuant to Fed. R. Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1).

On October 14, 2016, an attorney for the United States filed a Notice of Proof of Publication for the Samsung SCH-S720C Galaxy Proclaim cellular phone, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was June 19, 2016. No third party claims have been filed.

On March 23, 2018, an attorney for the United States filed a Notice of Proof of Publication for the LGE LGL39C cellular phone showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was June 20, 2016. No third party claims have been filed.

On May 2, 2018, an attorney for the United States filed a Notice of Proof of Publication for the Toshiba 500 gigabyte hard drive, serial # XO19S3P2S showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was May 31, 2018. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a Defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the Plea Agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 31, 2016, shall become final at this time.

IT IS SO ORDERED this 20th day of June, 2018.

_____
HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE