**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**UNITED STATES OF AMERICA**                                                                                    **RESPONDENT**

v.                                         No. 4:16-cr-40008
                                           No. 4:20-cv-4094

**NATHAN KARL THOMAS**                                                                                            **MOVANT**

## ORDER

Movant, **NATHAN KARL THOMAS**, has submitted a *pro se* Motion to Vacate Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 65) and a Motion for Leave to Amend (ECF No. 66). The Court has reviewed the Motion for Leave to Amend and finds that same should be denied.

**IT IS HEREBY ORDERED** the Motion for Leave to Amend (ECF No. 66) is in all respects **DENIED**. The Court will enter a subsequent Order appointing counsel and allowing counsel to file a Supplement to the Motion to Vacate Set Aside or Correct Sentence pursuant to 28 U.S.C 2255 if counsel deems such Supplement necessary.

**ENTERED** this **21st day of October 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE