IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    Case No. 4:16-cr-40008

NATHAN KARL THOMAS                                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 19, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 95). Defendant filed a motion to Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255. (ECF No. 65). The Court then appointed counsel to assist Defendant with his section 2255 claims, through whom Defendant then filed an amended motion to vacate under section 2255. (ECF No. 73). After allowing a full round of briefing and conducting a hearing on the motions, Judge Bryant issued the instant Report and Recommendation, recommending that both motions be denied and that no certificate of appealability should issue.

Judge Bryant recommends that Defendant's first motion should be denied as moot because it was superseded by the amended motion. Judge Bryant also reasons that none of the four ineffective-assistance-of-counsel arguments raised in the amended motion entitle Defendant to relief. Specifically, Judge Bryant finds that: (1) defense counsel was not ineffective for failing to request a downward variance or departure because counsel indeed made such a request; (2) defense counsel was not ineffective for failing to present witnesses at sentencing because counsel tried to do so but no witness was willing to testify for Defendant; (3) defense counsel was not ineffective for failing to raise a meritless issue on appeal, and (4) Defendant has not demonstrated cumulative ineffective assistance of counsel because the Eighth Circuit has refused to recognize such a

doctrine and even if it did, defense counsel provided more than a constitutionally adequate defense. Finally, Judge Bryant recommends that no certificate of appealability should be issued in this matter.

Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Defendant's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. Section 2255 (ECF No. 65) is hereby **DENIED AS MOOT** and the Amended Motion to Vacate (ECF No. 73) is hereby **DENIED**. No certificate of appealability shall issue.

**IT IS SO ORDERED**, this 22nd day of February, 2022.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge